JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE VALDIVIA,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA Y. TAMPKINS, et al.,<br><br>Defendants. | Case No. 5:16-cv-01975-JFW-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 23, 2022

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE